# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 20-715

**Motion for:** Motion to Withdraw

**Caption [use short title]:** US v. Perry Wells

Set forth below precise, complete statement of relief sought:

Counsel seeks to Withdraw pursuant to Anders v. California

**MOVING PARTY:** Perry Wells
[ ] Plaintiff   [ ] Defendant
[✔] Appellant/Petitioner   [ ] Appellee/Respondent

**OPPOSING PARTY:** United States

**MOVING ATTORNEY:** Bradley L. Henry

**OPPOSING ATTORNEY:** Louis Pellegrino

[name of attorney, with firm, address, phone number and e-mail]

Michelman & Robinson LLP
800 3rd Avenue, 24th Floor
New York, NY 10010

US Attorney's Office - SDNY
1 St. Andrews Plaza
New York, NY 10006

**Court-Judge/Agency appealed from:** Judge Caproni

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✔] Yes  [ ] No (explain):

Opposing counsel's position on motion:
[✔] Unopposed  [ ] Opposed  [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [ ] No  [✔] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?  [ ] Yes  [ ] No
Has this relief been previously sought in this Court?  [ ] Yes  [ ] No
Requested return date and explanation of emergency:

Is oral argument on motion requested?  [ ] Yes  [✔] No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes  [✔] No  If yes, enter date:

**Signature of Moving Attorney:**
s/ Bradley L. Henry   **Date:** 08/31/2020   **Service by:** [✔] CM/ECF  [ ] Other [Attach proof of service]

**Form T-1080** (rev. 12-13)

No. 20-715

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

_____

UNITED STATES OF AMERICA,

Appellee,

v.

PERRY WELLS,

Appellant.
_____

Appeal from the United States District Court
for the Southern District of New York
No. 1:19-CR-00212-002-VEC

The Honorable Judge Valerie E. Caproni
_____

MOTION TO WITHDRAW AS COUNSEL
_____

Bradley L. Henry
Breeding Henry Baysan PC
7 World Trade Center 46FL
250 Greenwich St
New York, NY 10006
(212) 813-2292 (phone)
(865) 670-8536 (fax)
bhenry@bhblegal.com
Counsel for Defendant-Appellant Perry Wells

Counsel for Defendant-Appellant and moves to withdraw from the representation of this Defendant on appeal. In support of this motion, Counsel states:

1. On November 14, 2019, Defendant-Appellant pled guilty to a violation of 21 U.S.C. § 846 Conspiracy to Distribute and Possess w Intent to Distribute.

2. Defendant-Appellant waived his right to appeal in the plea agreement.

3. Defendant-Appellant was sentenced to Ninety (90) months imprisonment.

4. Counsel has advised Defendant that pursuing this appeal is not in Defendant-Appellant's best interest and that Counsel does not believe there are any meritorious issues to appeal. Nonetheless, Defendant-Appellant wishes to pursue this appeal.

5. Counsel believes it will be in the best interest of Defendant-Appellant for this Court to appoint new counsel in this case.

WHEREFORE, Appellant prays this Court will allow undersigned counsel to withdraw from the representation of Defendant-Appellant, and that this Court appoint new counsel to represent him.

Respectfully submitted, this the 31st day of August 2020.

       /s/ Bradley L. Henry
Bradley L. Henry
Michelman & Robinson, LLP
*Attorney for Defendant-Appellant*
*Perry Wells, AKA Sealed Defendant 2*
800 Third Avenue, 24th Floor
New York, New York 10022
(212) 730-7700

# **DECLARATION OF BRADLEY L. HENRY**

Bradley L. Henry, pursuant to 28 U.S.C. §1746, hereby declares under penalty of perjury as follows:

1. My name is Bradley L. Henry, I am an attorney at Michelman & Robinson LLP ("M&R"). I submit this declaration pursuant to Second Circuit rules for filing *Anders* Brief.

2. I am an attorney licensed to practice in the United States Court for the Second Circuit Court of Appeals and am in good standing with the Board of Professional Responsibility.

3. I have been appointed as counsel for Perry Wells ("Appellant"), in US v Watson, *et.al.* Docket 19-cr-212 VEC and Appeal to Second Circuit 20-715.

4. I have communicated with Appellant the following: (1) a brief pursuant to Anders v. California, 386 U.S. 738 (1967), has been filed; (2) the filing of an Anders brief will probably result in the dismissal of the appeal and affirmance of the conviction; and (3) the client may request assistance of other counsel or submit pro se response papers, my intent to file an *Anders* Brief and motion for Withdrawal of counsel.

I make this declaration under penalty of perjury that the foregoing is true and correct.

Respectfully submitted, this the 31st day of August 2020.

    /s/ Bradley L. Henry
Bradley L. Henry
Michelman & Robinson, LLP
*Attorney for Defendant-Appellant*
*Perry Wells, AKA Sealed Defendant 2*
800 Third Avenue, 24th Floor
New York, New York 10022
(212) 730-7700